Ricky Lamar TURNER, Plaintiff–Appellant,

v.

COMMISSIONER, VIRGINIA DEPARTMENT OF MOTOR VEHICLES, Defendant–Appellee.

No. 13–7646.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 20, 2014.

Decided: Feb. 26, 2014.

Ricky Lamar Turner, Appellant Pro Se.

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lamar Turner appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Commissioner,* No. 1:12–cv–01303–TSE–JFA (E.D. Va. Aug. 23, 2013; Oct. 1, 2013). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*